UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                                     :

SECURITIES AND EXCHANGE COMMISSION,     :

                               :

                Plaintiff,       :

                               :

         v.                  :      Civil Action

                               :      No. 26 Civ. 2582 (JLR)

RONALD SMITH,                 :      **ORDER TO STAY**

                               :

                Defendant.    :

                               :

-------------------------------------------------------------------x

WHEREAS, on May 11, 2026, the Government submitted a motion seeking to intervene in this action and to stay this matter in its entirety in light of the pendency of the parallel criminal action *United States v. Ronald Smith*, 26 Cr. 114 (GBD), in which an indictment has been returned; and

WHEREAS, defendant Ronald Smith consents to the stay of this matter in its entirety;

WHEREAS, the SEC takes no position on the Government's request to stay this matter in its entirety; and

WHEREAS, the Court finds that a stay of this matter in its entirety is in furtherance of the interests of justice and will not prejudice any party; it is

**ORDERED** that the Government's motion to intervene is GRANTED.  It is further

**ORDERED** that this matter is stayed in its entirety until the completion of the Criminal Case against defendant Ronald Smith.

**ORDERED** that the parties shall file a joint status letter by August 11, 2026, and every 90 days after advising the Court on the status of the ongoing criminal proceeding *United States v. Ronald Smith*, 26-cr-00114 (GBD).

SO ORDERED.

*Jennifer Rochon*
_____
THE HONORABLE JENNIFER L. ROCHON
UNITED STATES DISTRICT JUDGE

                                       May 13, 2026
                                       DATE